*E-Filed 7/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON HENDERSON, | No. C 11-02882 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, MARIA FRANCO, | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not paid the filing fee or filed an IFP application. Plaintiff also has failed to comply with the Court's order to file a complaint within 30 days. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) filing a complaint, **and** (2) paying the filing fee or filing a properly completed IFP application. The Court notes that mail sent by the Court to plaintiff was returned as undeliverable on July 15, 2011. Plaintiff's request for a temporary restraining order (Docket No. 1) is DENIED. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: July 18, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-02882 RS (PR)
ORDER OF DISMISSAL